NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LINDA CAGWIN,                    )
                                 )
          Appellant,             )
                                 )
v.                               )      Case No. 2D17-4397
                                 )
THRIFTY RENTS, INC.,             )
                                 )
          Appellee.              )
_____  )

Opinion filed August 31, 2018.

Appeal from the Circuit Court for
Hillsborough County; Gregory P. Holder,
Judge.

Michael P. Fuino of Weidner Law,
St. Petersburg, for Appellant.

Justin H. Levitt of Woodward Law
Group, Land O'Lakes, for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, CRENSHAW, and ROTHSTEIN-YOUAKIM, JJ., Concur.